UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE ALFREDO JIMENEZ, Movant, | § § § |
| v. | §  Civil Action No. B-12-197 § (Criminal No. B-02-562-3) |
| UNITED STATES OF AMERICA, Respondent. | § § § |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is **ADOPTED**. It is therefore, **ORDERED, ADJUDGED**, and **DECREED** that Jose Alfredo Jimenez's 28 U.S.C. § 2255 Motion is **DISMISSED** with prejudice. A certificate of appealability shall not issue.

Signed on this 19 day of September, 2017.

Hilda Tagle
Senior United States District Judge

1/1